FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS MURILLO-RODRIGUEZ,<br><br>Defendant. | NO.: 2:03-CR-00720-DSF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

|   |   |
|---|---|
| 1 | released under 18 U.S.C. § 3142(b) or (c).  This finding is |
| 2 | based on his failure to proffer any evidence to meet his burden |
| 3 | on this issue; |
| 4 | and |
| 5 | B.   (X)   The defendant has not met his burden of establishing by |
| 6 | clear and convincing evidence that he is not likely to pose a |
| 7 | danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c).  This finding is |
| 9 | based on his failure to proffer any evidence to meet his burden |
| 10 | on this issue. |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 22, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE